IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYDEX TECHNOLOGIES LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. NO.: 1:14-cv-1121-RGA |
| | ) |
| SHEFF IMPORTS INC. and WIRCON A/S | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFF RYDEX TECHNOLOGIES LLC'S**
**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF SHEFF IMPORTS, INC.**

Plaintiff Rydex Technologies LLC ("Rydex") hereby files this Notice of Voluntary Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Defendant Sheff Imports, Inc. ("Sheff") has not answered the Complaint nor filed a summary judgment motion. Pursuant to Rule 41(a)(1), Plaintiff Rydex voluntarily dismisses all claims against Defendant Sheff with prejudice.  Each party shall bear its own attorneys' fees and costs.

November 11, 2014

*/s/ Timothy Devlin*
Timothy Devlin (#4241)
Devlin Law Firm LLC
1220 Market Street, Suite 850
Wilmington, DE  19801
(302) 449-9010
tdevlin@devlinlawfirm.com

*Attorney for Plaintiff*
*Rydex Technologies LLC.*